# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1321
Lower Tribunal No. 2008-CF-013318-A-O

_____

AMADOR MALDONADO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Amy J. Carter, Judge.

May 12, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and KAMOUTSAS, JJ., concur.

Amador Maldonado, Mayo, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED